# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CASE NO. 06-151M |
| Plaintiff, | ) | |
| v. | ) | DETENTION ORDER |
| BONIFACIO MATA-RAMIREZ, | ) | |
| Defendant. | ) | |

<u>Offense charged</u>:

Illegal Reentry After Deportation; Unlawful Entry; Failure to Register

<u>Date of Detention Hearing</u>:   Initial Appearance April 6, 2006

The Court, having conducted a detention hearing pursuant to 18 U.S.C. § 3142(f), and based upon the factual findings and statement of reasons for detention hereafter set forth, finds that no condition or combination of conditions which defendant can meet will reasonably assure the appearance of defendant as required and the safety of other persons and the community.

<u>FINDINGS OF FACT AND STATEMENT OF REASONS FOR DETENTION</u>

(1)   The defendant is charged by Complaint with entering the United States illegally

01 after having previously been deported, with making unlawful entry into the United States by
02 eluding examination and inspection, and with failing to register.

03     (2)    The defendant has a criminal history that includes previous deportation
04 proceedings.

05     (3)    The defendant is a native and citizen of Mexico. He was not interviewed by
06 Pretrial Services. There is no additional information available regarding his personal history,
07 residence, family ties, ties to this District, income, financial assets or liabilities, physical/mental
08 health or controlled substance use, if any.

09     (4)    An immigration detainer has been placed. Based on this, the defendant does not
10 contest detention.

11     (5)    The defendant poses a risk of nonappearance due to previous deportation
12 proceedings, and the immigration detainer. He poses a risk of danger due to his criminal history.

13     (6)    There does not appear to be any condition or combination of conditions that will
14 reasonably assure the defendant's appearance at future Court hearings while addressing the danger
15 to other persons or the community.

16     It is therefore ORDERED:

17     (1)    Defendant shall be detained pending trial and committed to the custody of the
18         Attorney General for confinement in a correction facility separate, to the extent
19         practicable, from persons awaiting or serving sentences or being held in custody
20         pending appeal;

21     (2)    Defendant shall be afforded reasonable opportunity for private consultation with
22         counsel;

DETENTION ORDER                                          15.13
18 U.S.C. § 3142(i)                                    Rev. 1/91
PAGE 2

(3) On order of a court of the United States or on request of an attorney for the Government, the person in charge of the corrections facility in which defendant is confined shall deliver the defendant to a United States Marshal for the purpose of an appearance in connection with a court proceeding; and

(4) The clerk shall direct copies of this Order to counsel for the United States, to counsel for the defendant, to the United States Marshal, and to the United States Pretrial Services Officer.

DATED this  6th  day of  April , 2006.

*[signature]*

Mary Alice Theiler
United States Magistrate Judge

DETENTION ORDER
18 U.S.C. § 3142(i)
PAGE 3

15.13
Rev. 1/91